UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CARE COMM, INC.                                                     PLAINTIFF

v.                                                                  NO. 3:04CV-601-S

PBM PRODUCTS, INC., ET AL.                                          DEFENDANTS

### ORDER

Plaintiff has filed a motion for an extension of time to respond to the motion for summary judgment filed by defendant PBM Products, Inc. (DN 56). A quick review of plaintiff's motion indicates that the parties have been unable to resolve this matter through the counsel-to-counsel discussions which are the norm in the Western District of Kentucky for working out scheduling issues.

While this case has not yet descended to the "rock, paper, scissors" level of other federal litigation (counsel are invited to do their own research on this point), this continuing disagreement on minor procedural matters is dispiriting at best and advances the interests of none of the parties.

The court hereby extends the period of in which plaintiff may respond to the pending summary judgment motion by fifteen days (i.e. to AUGUST 4, 2006). A total of thirty days to respond to the summary judgment motion should be more than adequate, given the extended duration of this litigation and the energy and resources with which plaintiff is now pursuing it (the court refers to the multiple, last minute third party depositions which plaintiff seeks). The court does not anticipate extending the response period beyond this time frame.

If there are issues for plaintiff under Rule 56(f), they may be presented in the substantive response to defendants' motion. Plaintiff's final flurry of discovery activities should not prevent the plaintiff's presentation of an informed response to defendants' substantive arguments.

Defendants shall have twenty days thereafter (**AUGUST 24, 2006**) to reply to plaintiff's response.

DATE: July 20, 2006

                                        JAMES D. MOYER
                                 UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record (Via Facsimile & U.S. Mail)