UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CARE COMM, INC.                                                                     PLAINTIFF(S)

vs                                                          CIVIL ACTION NO.   3:04CV-601-S

PBM PRODUCTS, INC.                                                              DEFENDANT(S)

**MEMORANDUM OF RULE 16 SCHEDULING CONFERENCE AND ORDER**

A Rule 16 Scheduling Conference was conducted in this matter on August 24, 2005, with the following counsel participating:

    For the Plaintiff:   Joel T. Beres and Jennifer L. Kovalcik
    For the Defendant: David G. Greene and Samuel D. Hinkle, IV

After discussion of the case with counsel, the following schedule is established for the preparation of this case for trial.

    1. Counsel have completed exchange of the information required by Fed. R. Civ. P. 26 (a)(1).

    2. Reports from retained experts under Rule 26(a)(2) shall be **furnished by plaintiff to defendant by no later than April 10, 2006, and by defendant to plaintiff by no later than May 24, 2006.** With respect to each treating physician who is expected to testify at trial in person or by deposition, the party who will call the witness shall disclose in writing the substance of the facts and opinion to which the physician is expected to testify and a summary of the grounds for each opinion. This requirement may be satisfied by furnishing a report signed by the treating physician or by a narrative disclosure. No deposition of any treating physician shall be conducted until after the required disclosure is made.

In the absence of good cause shown, no witness shall be permitted to testify except upon compliance with the provisions of this order.

3. **Counsel's attention is drawn to Local Rule 5.2(a) and (b) relating to when and how discovery material may be filed with the court and who is custodian of original discovery documents.**

4. Any motions for joinder of parties or amendment of pleadings shall be filed **no later than December 1, 2005.**

5. All discovery shall be completed **no later than June 24, 2006.**

6. All potentially dispositive motions shall be filed **no later than July 24, 2006.**

7. **Within fourteen days from the date of this conference,** counsel shall confer with their clients and shall report to the court as to whether they will consent to reassignment of this case to the Magistrate Judge.

8. A telephonic status conference will be conducted with counsel **on December 5, 2005, at 10:00 A.M.** The Court will initiate the call, **and no cell phone participation will be permitted.**

IT IS SO ORDERED this 14th day of September, 2005.

ENTERED BY ORDER OF COURT:
JAMES D. MOYER, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
  JEFFREY A. APPERSON, CLERK

Copies to counsel

By   /s/ Nadine C. Smith
        Deputy Clerk

15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARE COMM, INC. | : |
| | : Case Number: 06-mc-00356-GK |
| *Plaintiff,* | : |
| | : |
| v. | : United States District Court for the Western |
| | : District of Kentucky-Louisville Division |
| PBM PRODUCTS, INC., PBM PHARMACEUTICALS, INC. and WYETH | : |
| | : Case Number: 3:04-CV- 601-H |
| *Defendants.* | : |

### ORDER

AND NOW, on this ____ day of _____, 2006, upon consideration of Plaintiff Care Comm, Inc.'s Motion to Compel and Non-Party Akin Gump Strauss Hauer & Feld LLP's response in opposition thereto, it is hereby ORDERED that Care Comm, Inc.'s motion to compel is DENIED.

BY THE COURT:

_____
United States District Judge

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARE COMM, INC. | : |
| *Plaintiff,* | : Case Number: 06-mc-00356-GK |
| v. | : United States District Court for the Western |
| | : District of Kentucky-Louisville Division |
| PBM PRODUCTS, INC., PBM PHARMACEUTICALS, INC. and WYETH | : |
| *Defendants.* | : Case Number: 3:04-CV- 601-H |

**ORDER**

AND NOW, on this ____ day of _____, 2006, upon consideration of Plaintiff Care Comm, Inc.'s Motion to Compel and Non-Party Akin Gump Strauss Hauer & Feld LLP's response in opposition thereto, it is hereby ORDERED that Care Comm, Inc.'s motion to compel is DENIED.

BY THE COURT:

_____
United States District Judge