**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CARE COMM, INC. | : | |
| | : | |
| *Plaintiff,* | : | U.S. District Court for the Western District |
| | : | of Kentucky Civil Action No. 04-CV-601S |
| v. | : | |
| | : | |
| PBM PRODUCTS, INC., PBM | : | CIVIL ACTION NO. 06-MC-00356 (GK) |
| PHARMACEUTICALS, INC and WYETH | : | |
| | : | |
| *Defendants* | : | |
| | : | |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF**
**NON-PARTY AKIN GUMP STRAUSS HAUER & FELD LLP'S**
**OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

In the attached Order dated September 15, 2006, the trial court denied plaintiff Care Comm, Inc.'s ("Care Comm") motion to compel Joel Bock, Esquire, another former attorney for defendant PBM Products, Inc. ("PBM"), to produce documents and give a deposition relating to PBM's advice of counsel defense to Care Comm's federal trademark infringement claims. The trial court held that Mr. Bock was not required to produce documents in response to a subpoena nearly identical to the subpoena served upon Akin Gump Strauss Hauer & Feld, LLP ("Akin Gump") because Care Comm "has not met its burden of establishing that Mr. Bock has any relevant, non-privileged information or documents that have not already been produced to Care Comm." *See* September 15, 2006 Order attached as Exhibit "A."

Care Comm's motion to compel Akin Gump to produce documents relating to PBM's advice of counsel defense fails for the same reasons the trial court denied Care Comm's motion to compel Mr. Bock. Care Comm has not shown that Akin Gump has any relevant, non-privileged documents that have not already been produced to Care Comm by PBM. The attached

1

Order further exposes Care Comm's motion to compel Akin Gump in this Court as an attempted end run around the forum court. The motion should be denied.

                Respectfully submitted,

                __/s/ Cheryl A. Falvey_____
                Cheryl A. Falvey, Esquire
                AKIN GUMP STRAUSS HAUER & FELD LLP
                1333 New Hampshire Avenue, N.W.
                Washington, D.C.  20036
                Telephone:  (202) 887-4000
                Facsimile:  (202) 887-4288

                      -and-

                David L. Comerford
                AKIN GUMP STRAUSS HAUER & FELD LLP
                One Commerce Square, 22nd Floor
                2005 Market Street Suite 2200
                Philadelphia, PA  19103
                Telephone:  (215) 965-1200
                Facsimile:  (215) 965-1210

                *Counsel for Akin Gump Strauss Hauer & Feld LLP*

## CERTIFICATE OF SERVICE

I, Cheryl A. Falvey, hereby certify that on the 4th day of October, 2006, a true and correct copy of the foregoing Notice of Supplemental Authority in Support of Akin Gump Strauss Hauer & Feld LLP's Opposition to Defendant's Motion to Compel, was served upon the following via U.S. Mail:

| | |
|---|---|
| Jennifer L. Kovalcik, Esquire<br>Stites & Harbison, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202<br><br>*Counsel for Plaintiff*<br>Care Comm, Inc. | Samuel D. Hinkle IV, Esquire<br>Angela S. Fetcher, Esquire<br>Stoll Keenon & Ogden, PLLC<br>PNC Plaza<br>2000 PNC Plaza<br>500 West Jefferson Street<br>Louisville, KY 40202-2874<br><br>*Counsel for Defendants,*<br>PBM Products, Inc., PBM Pharmaceuticals, Inc. and Wyeth |
| David G. Greene, Esquire<br>Allen Wasserman, Esquire<br>Lord Bissell & Brook LLP<br>885 Third Avenue, 26th Floor<br>New York, NY 10022<br><br>*Counsel for Defendants,*<br>PBM Products, Inc., PBM Pharmaceuticals, Inc. and Wyeth | |

                                                    */s/ Cheryl A. Falvey*
                                                   Cheryl A. Falvey