# EXHIBIT A

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**CARE COMM, INC.**                                                                                          **PLAINTIFF**

v.                                                                                                                      **NO. 3:04CV-601-S**

**PBM PRODUCTS, INC., ET AL.**                                                                        **DEFENDANTS**

### ORDER

Upon motion of plaintiff Care Comm, Inc. ("Care Comm"), and the court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED** that, plaintiff Care Comm's motion to compel (Docket No. 58) additional discovery from defendants PBM Products, Inc., PBM Pharmaceuticals, Inc. and Wyeth ("Defendants") is **DENIED**. Plaintiff was repeatedly and explicitly advised of the temporal limitations of discovery in this matter. It chose to wait weeks before discovery concluded to begin its efforts in earnest, and must now live with the collateral consequences of that decision.

**IT IS FURTHER ORDERED** that, plaintiff Care Comm's motion to compel (Docket No. 61) the compliance of Joel Bock for deposition and the production of documents is **DENIED** as plaintiff has not met its burden of establishing that Mr. Bock has any relevant, non-privileged information or documents that have not already been produced to Care Comm.

This order is interlocutory and not final and appealable.

DATE:

Copies to:
Counsel of Record